# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 20-006007-02-CR-SJ-DGK |
| THOMAS D. MOORE, JR. | ) |
| Defendant. | ) |

## ORDER

On January 11, 2021, a Violation Report was filed as to Defendant Thomas Davis Moore, Jr. Doc. 46. Based on the information presented in the Violation Report, including the recommendation of the pretrial services officer, the undersigned finds good cause exists to amend Defendant's conditions of release. Accordingly, the Order Setting Conditions of Release (Doc. 33-2) is modified to include the following additional conditions:

**(8) (ff): The defendant shall not possess/use a cellular phone.**

**(8) (gg): The defendant shall advise all in-home healthcare workers that he is not permitted to have access to cellular phones, internet access by any device, or unsupervised contact with minors under 18 years of age unless they are supervised by a parent or guardian.**

All other conditions in the Order Setting Conditions of Release remain in effect. The Court expects full compliance with all conditions of release.

**IT IS SO ORDERED.**

DATE: January 13, 2021

*/s/ W. Brian Gaddy*
W. BRIAN GADDY
UNITED STATES MAGISTRATE JUDGE